IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL FRAY GREEN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Civil Action No.:** |
| | * | |
| **NATIONAL TRANSFER, LLC, et al,** | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

EVIDENTIARY SUBMISSION IN SUPPORT OF NOTICE OF REMOVAL

# EXHIBIT A

1

ELECTRONICALLY FILED
2/25/2022 2:53 PM
20-CV-2022-900046.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>20-<br>Date of Filing: 02/25/2022   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**
**MICHAEL FRAY GREEN v. NATIONAL TRANSFER LLC**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** CAS024            2/25/2022 2:53:20 PM            /s/ BASIL TIMOTHY CASE
                                            Date                               Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☑ NO

DOCUMENT 2
Case 3:22-cv-00422-LCB   Document 1-1   Filed 04/04/22   Page 3 of 12

ELECTRONICALLY FILED
2/25/2022 2:53 PM
20-CV-2022-900046.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**

| | |
|---|---|
| **MICHAEL FRAY GREEN,**     **Plaintiff,** | * * * |
| v. | * * |
| **NATIONAL TRANSFER, LLC,** and Defendants A, the correct legal designation of the name defendant; Defendant B, whether singular or plural, thereby intending to refer to an individual or entity who or that was the owner of the vehicle being driven by Todd McKee on the occasion made the basis of this lawsuit; C, D, and E, whether singular or plural, thereby intending to refer to the legal entity, person, firm, or corporation for whose benefit Todd McKee, was acting on the occasion made the basis of this lawsuit; F, G, and H, whether singular or plural, thereby intending to refer to the legal entity, person, firm, or corporation who negligently and/or wantonly entrusted the driver of the vehicle, Todd McKee, on the occasion made the basis of this lawsuit; all of those names are unknown to the plaintiff at this time but will be added by amendment when ascertained,     **Defendants.** | * * * * * * * * * * * * * * * * * * * *      **CASE NO.:  CV 2022-_____** |

# COMPLAINT

**COMES NOW**, the Plaintiff in the above-styled cause, by and through counsel, and respectfully shows unto this Honorable Court as follows:

GENERAL AVERMENTS

1. The Plaintiff, Michael Green, is over the age of nineteen (19) years and is a resident citizen of the State of Alabama.

2. The Defendant, National Transfer, LLC, is a business entity doing business and operating out of the State of Tennessee.

3. The Plaintiff is without sufficient information, knowledge or belief to aver the true and proper identities of Fictitious Defendants named in the style of this complaint (adopted herein) but will aver the same when ascertained.

4. All tortious acts of the Defendants occurred or took place in Colbert County, Alabama.

## COUNT I

5. The Plaintiff reavers, realleges and sets out all matters contained in paragraphs 1 through 4 of this Complaint as if the same were set out fully herein.

6. On or about June 27, 2021, upon a public highway in Colbert County, Alabama, to wit: Highway 72 at or near the intersection of Indian Street in Colbert County, Alabama, Defendant, National Transfer, LLC, did negligently and/or wantonly cause or allow a motor vehicle to collide with Michael Green.

7. As a proximate consequence of Defendant's said negligence and/or wantonness, Michael Green was caused to suffer serious personal injuries and property damage.

WHEREFORE, Plaintiff demands judgment against the Defendant, National Transfer, LLC, in a sum for compensatory damages in such sum as a jury may deem just and appropriate under the circumstances, plus the costs of this action.

## COUNT II

8. The Plaintiff reavers, realleges and sets out all matters contained in paragraphs 1 through 7 of this Complaint as if the same were set out fully herein.

9. On or about June 27, 2021, upon a public highway in Colbert County, Alabama, to wit: Highway 72 at or near the intersection of Indian Street in Colbert County, Alabama, the Fictitious Defendants did negligently and/or wantonly cause or allow a motor vehicle to collide with Michael Green.

10. As a proximate consequence of the Fictitious Defendants' said negligence and/or wantonness, Michael Green was caused to suffer serious personal injuries and property damage.

WHEREFORE, Plaintiff demands judgment against the Fictitious Defendants, separately and severally, in a sum for compensatory damages in such sum as a jury may deem just and appropriate under the circumstances, plus the costs of this action.

## COUNT III

11. The Plaintiff reavers, realleges and sets out all matters contained in paragraphs 1 through 10 of this Complaint as if the same were set out fully herein.

12. The Plaintiff claims that on the occasion of the accident, the driver of the vehicle, Todd McKee, was incompetent to properly drive and operate the vehicle entrusted

to him by his employer, National Transfer, LLC. Furthermore, Plaintiff states that Defendant, National Transfer, LLC, was guilty of negligent entrustment of their vehicle to Todd McKee on the occasion of the accident made the basis of this suit. Said negligence and/or wantonness were the proximate cause of the injuries to Michael Green.

13. As a direct and proximate consequence of the negligence and/or wantonness of National Transfer, LLC, Michael Green was caused to suffer serious personal injuries and property damage.

WHEREFORE, premises considered, Plaintiff demands judgment against Defendant, National Transfer, LLC, in a sum for compensatory damages in such sum as a jury may deem just and appropriate under the circumstances, plus the costs of this action.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

**s/Tim Case**

Tim Case

**s/Tim Case**
OF COUNSEL:
Tim Case (CAS024)
Attorney for Plaintiff
408 West Dr. Hicks Blvd.
Florence, Alabama 35630
(256) 740-0488
Fax: (256) 740-0487
jessica@timcaselawyer.com

**NOTICE TO THE CLERK**:

**Please serve the Defendant via certified mail return receipt requested at:**

National Transfer LLC
c/o John W. Beard
537 Market Street, Suite 300
Chattanooga, Tennessee 37402-1239



AlaFile E-Notice

20-CV-2022-900046.00

To: BASIL TIMOTHY CASE
jessica@timcaselawyer.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

MICHAEL FRAY GREEN V. NATIONAL TRANSFER LLC
20-CV-2022-900046.00

The following complaint was FILED on 2/25/2022 2:52:56 PM

Notice Date:    2/25/2022 2:52:56 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900046.00

To: NATIONAL TRANSFER LLC
C/O JOHN W. BEARD
537 MARKET ST., SUITE 300
CHATTANOOGA, TN, 37402

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

MICHAEL FRAY GREEN V. NATIONAL TRANSFER LLC
20-CV-2022-900046.00

The following complaint was FILED on 2/25/2022 2:52:56 PM

Notice Date:     2/25/2022 2:52:56 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2022-900046.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**
**MICHAEL FRAY GREEN V. NATIONAL TRANSFER LLC**

**NOTICE TO:** NATIONAL TRANSFER LLC, C/O JOHN W. BEARD 537 MARKET ST., SUITE 300, CHATTANOOGA, TN 37402

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BASIL TIMOTHY CASE,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 408 West Dr. Hicks Blvd, Florence, AL 35630.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MICHAEL FRAY GREEN pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 02/25/2022 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ BASIL TIMOTHY CASE
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____.
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

740370

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark Here
TUSCUMBIA, AL 35674
FEB 25 2022
USPS

Sent To: National Transfer LLC  Doc 1

Street and Apt. No., or PO Box No.

City, State, ZIP+4®: cv22-400-0446

7020 0640 0002 2472 5985

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NATIONAL TRANSFER LLC
C/O JOHN W. BEARD
537 MARKET ST., SUITE 300
CHATTANOOGA, TN 37402

9590 9402 7145 1251 8794 13

2. Article Number (Transfer from service label)

7020 3160 0002 2932 5866

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Meghn Perry_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Meghn Perry_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_Waa.90046.001_

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





AlaFile E-Notice

20-CV-2022-900046.00
Judge: JACQUELINE M. HATCHER

To: CASE BASIL TIMOTHY
jessica@timcaselawyer.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

MICHAEL FRAY GREEN V. NATIONAL TRANSFER LLC
20-CV-2022-900046.00

The following matter was served on 3/3/2022

**D001 NATIONAL TRANSFER LLC**
**Corresponding To**
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov